UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT CHARLES FASONE,

    Defendant.

3:12-CR-091-HDM-(VPC)

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on January 31, 2013, defendant VINCENT CHARLES FASONE pled guilty to Counts One and Two of a Two-Count Superseding Criminal Indictment charging him in Count One with Attempted Coercion and Enticement of a Minor in violation of Title 18, United States Code, Section 2422(b), and in Count Two with Commission of a Felony Sex Offense by an Individual Required to Register as a Sex Offender in violation of Title 18, United States Code, Section 2260A. Superseding Indictment, ECF No. 18, Change of Plea, ECF No. 28.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and the offense to which defendant VINCENT CHARLES FASONE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2428:

    1.    Dell XPS tower with Serial No. 3X8VSR1; and

2. White HTC Touch Cellular Telephone ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of VINCENT CHARLES FASONE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    Greg Addington
    Assistant United States Attorney
    100 West Liberty Street, Suite 600
    Reno, NV 89501

. . .

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 9th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE